UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

    - against -

RAFAEL PAULINO and VICTOR DEJESUS-
FERREIRA,

    Defendants.
------------------------------------X

**O R D E R**

18 Cr. 173-2 and -8 (NRB)

**NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE**

The Court hereby schedules the sentencings of defendants Rafael Paulino and Victor Dejesus-Ferreira for January 29, 2020 at 2:30 P.M. As to Mr. Dejesus-Ferreira, the defendant's sentencing submission is due on January 15, 2020, and the Government's sentencing submission is due on January 22, 2020. As to Mr. Paulino, given the prior failure to submit a formal sentencing submission on his behalf, he may submit a sentencing submission on January 15, 2020. If he chooses to do so, then the Government's sentencing submission is due on January 22, 2020.

Dated:   New York, New York
        December 4, 2019

                                            NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE