UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
UNITED STATES OF AMERICA,

      - against -

RAFAEL PAULINO,

          Defendant.
---------------------------------------X

**MEMORANDUM AND ORDER**

18 Cr. 173 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Before the Court is a letter motion by the Government, seeking to supplement the appellate record by filing two Program Review Plans ("PRP") from February 2025 and August 2025 prepared for defendant Rafael Paulino ("Paulino") by the Bureau of Prisons ("BOP"). ECF No. 200. Paulino has appealed an order of this Court, ECF No. 198, denying his request for a sentence reduction. Although that order is currently up on appeal, Federal Rule of Appellate Procedure 10(e) states that "[i]f any differences arises about whether the record truly discloses what occurred in the district court, the difference must be submitted to and settled by that court and the record conformed accordingly." Fed. R. App. P. 10(e)(1); see also United States v. Zichitello, 208 F.3d 72, 93 (2d Cir. 2000) (if a motion to supplement is brought to correct the appellate record, "parties should generally seek relief initially from the district court").

Paulino's appellate counsel has submitted a letter to the Court, attached hereto as "Exhibit A," which relies upon Robinson

1

v. Sanctuary Record Grps. for the proposition that "[d]ocuments that were submitted to chambers and opposing counsel, but never docketed, are thus considered never actually filed in the district court proceeding, and should not be considered on appeal." 589 F. Supp. 2d 273, 275 (S.D.N.Y. 2008). However, the Court finds that Robinson is distinguishable because in that case "there [wa]s nothing on the record to indicate that [the district judge] gave any consideration to this material in connection with his adjudication of the case." Robinson, 589 F. Supp. 2d at 275. Here, by contrast, the Court reviewed, cited, and quoted Paulino's February 2025 PRP in its opinion denying his sentence reduction petition. See ECF No. 198 at 4 (finding that "[Paulino's] PRP explicitly directs him to participate in 'a Cognitions course and Managing Money class by next program review' so he can 'receive maximum benefit' from the FSA and 'accrue and apply first step act credits towards [his] release.' [ ] Therefore, we find no grounds for entertaining Paulino's FSA-based arguments for early release."). It is therefore apparent that the February 2025 PRP was "before the lower court in the course of its proceedings leading to the judgment under review." Natofsky v. City of New York, No. 14 Civ. 5498 (NRB), 2018 WL 741678, at *1 (S.D.N.Y. Jan. 23, 2018) (citing Robinson, 589 F. Supp. 2d at 275).

However, the second PRP, dated August 13, 2025 by the BOP, could not have been before this Court when it issued its July 23,

2

2025 order denying defendant's petition.  ECF No. 198.  Thus, that PRP cannot be included in the appellate record.  See United States v. Walker, 761 F. App'x 822, 832 (10th Cir. 2019) ("As both of these letters were drafted subsequent to the district court's last order on June 1, 2018, the letters were not part of the district court record and are not proper materials for supplementation under Rule 10(e).").

For the preceding reasons, the Government's motion to supplement the record is granted in part and denied in part.

The Clerk of Court is directed to supplement the record on appeal with the February 2025 PRP, attached hereto as "Exhibit B."

The Clerk of Court is also directed to close the motion pending at ECF No. 200.

Dated:    New York, New York
          June 18, 2026

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

3

# Exhibit A

# LAW OFFICE OF DAVID L. MCCOLGIN, ESQ.
### ATTORNEY AT LAW
P.O. BOX 397

Charlotte, Vermont 05445

TELEPHONE: (802) 356-9863

E-MAIL: mccolgin.appeals@gmail.com

---

June 16, 2026

The Honorable Naomi Reice Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Rafael Paulino, 18 CR. 173 (NRB)

Dear Judge Buchwald:

I submit this letter in opposition to the Government's Letter Motion dated June 11, 2026, which seeks so supplement the record in this Court with documents – two Program Review Plans (PRP) – it never filed in the district court. This request should be rejected under Federal Rule of Appellate Procedure 10(e).

Rule 10(e) permits a party to supplement the record with evidence that "'was before the lower court in the course of its proceedings leading to the judgment under review and was mistakenly omitted from the record.'" *Natofsky v. City of New York*, No. 14 CIV. 5498 (NRB), 2018 WL 741678, at *1 (S.D.N.Y. Jan. 23, 2018) (quoting *Robinson v. Sanctuary Record* Grps., 589 F. Supp. 2d 273, 275 (S.D.N.Y. 2008)). But this rule does not allow the record to be supplemented with documents informally received in chambers but not placed in the record. As the Court stated in *Robinson*,

> Documents that were submitted to chambers and opposing counsel, but never docketed, are thus considered never actually filed in the district court proceeding, and should not be considered on appeal. Documents that were not part of the official record when the district court made the ruling under review may not now become part of the

1

record on appeal.

*Robinson* 589 F. Supp. 2d at 275 (holding that declarations delivered to chambers but never made part of the record could not be made part of record on appeal).

The government never availed itself of the opportunity in the district court to obtain the PRP and file it in the district court. The PRP is therefore not part of the record, even if it was received informally in chambers, and it cannot be added to the record now.

Respectfully submitted,

*David McColgin*

David L. McColgin

Cc:  Timothy Capozzi, AUSA
     Frank Balsamello, AUSA

2

# Exhibit B



# Individualized Needs Plan - Program Review    (Inmate Copy)

### Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: PAULINO, RAFAEL  85504-054

SEQUENCE: 02103561
Team Date: 02-23-2025

| | |
|---|---|
| Facility: | MEM  MEMPHIS FCI |
| Name: | PAULINO, RAFAEL |
| Register No.: | **85504-054** |
| Age: | 45 |
| Date of Birth: | 09-25-1979 |

| | |
|---|---|
| Proj. Rel. Date: | 12-15-2028 |
| Proj. Rel. Mthd: | GOOD CONDUCT TIME |
| DNA Status: | BRO19269 / 04-11-2018 |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| ICE | IMMIGRATION DETAINER-FINAL ORDER |

## Inmate Photo ID Status

No photo ID - Expiration: null

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MEM | UUNASSG | UNASSIGNED | 08-23-2023 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| MEM | ESL EXEMPT | ESL NEED-PERMANENTLY EXEMPT | 11-24-2020 |
| MEM | GED XN | EXEMPT GED NON-PROMOTABLE | 11-24-2020 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|

*NO COURSES*

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-23-2018 |
| CARE1-MH | CARE1-MENTAL HEALTH | 03-02-2021 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 03-05-2021 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-20-2021 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-20-2021 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 11-23-2020 |
| NR WAIT | NRES DRUG TMT WAITING | 03-20-2023 |

## FRP Payment Plan

Most Recent Payment Plan

**FRP Assignment:**    **COMPLT**    **FINANC RESP-COMPLETED**    **Start: 03-10-2022**

| | | | |
|---|---|---|---|
| Inmate Decision: | **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
| Payments past 6 months: | **$0.00** | | Obligation Balance: **$0.00** |

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

## FRP Deposits



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: PAULINO, RAFAEL  85504-054

**SEQUENCE: 02103561**

**Team Date: 02-23-2025**

---

Trust Fund Deposits - Past 6 months:   $1,649.35        Payments commensurate ?   N/A

New Payment Plan:    ** No data **

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 09-01-2024 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 06-15-2023 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 02-12-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 02-12-2025 |
| N-COGNTV Y | NEED - COGNITIONS YES | 02-12-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC Y | NEED - EDUCATION YES | 02-12-2025 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 02-12-2025 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 02-12-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 02-12-2025 |
| N-MEDICL N | NEED - MEDICAL NO | 02-12-2025 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 02-12-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 02-12-2025 |
| N-TRAUMA N | NEED - TRAUMA NO | 02-12-2025 |
| N-WORK Y | NEED - WORK YES | 02-12-2025 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 02-12-2025 |

### Progress since last review

On the previous program review, Mr. Paulino was encouraged to enroll and complete a Cognitions course and Managing Money class. He hasn't completed any classes since arriving at FCI Memphis. He is on the waiting list for Basic Cognitive Skills class.

### Next Program Review Goals

You are FTC Eligible. To receive maximum benefit and accrue and apply first step act credits towards your release, enroll and complete FSA evidence-based recidivism reduction (EBRR) classes that you have a need in which are found in this packet under "Current FSA Assignments" and participate in productive activities (PA) to remain compliant with the standards and requirements of the FSA law. Enroll and complete a Cognitions course and Managing Money class by next program review. If those classes aren't available, enroll in classes that meet FSA needs. He should also maintain ties to family and community via mail, email, and phone. Maintain clear conduct and good cell sanitation in accordance with policy.

### Long Term Goals

Complete Drug Education by July 2026. Obtain employment and save $50.00 for release by your PRD of December 2028.

### RRC/HC Placement

No.
Criminal alien releasing to custody of ICE.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : N/A
- Offense : N/A
- Prisoner : N/A
- Court Statement : N/A
- Sentencing Commission : N/A

Criminal alien releasing to custody of ICE

### Comments

FTC Eligible / Low Risk Recidivism
NO NEW PREA CONCERNS
Citizenship: Dominican Republic
E-TX
Relocation: NA
Final Order for Deportation

---



**Individualized Needs Plan - Program Review    (Inmate Copy)**

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: PAULINO, RAFAEL  85504-054

SEQUENCE: 02103561

Team Date: 02-23-2025

| | | |
|---|---|---|
| Name: | PAULINO, RAFAEL | DNA Status:  BRO19269 / 04-11-2018 |
| Register No.: | **85504-054** | |
| Age: | 45 | |
| Date of Birth: | 09-25-1979 | |

_____

Inmate    (PAULINO, RAFAEL. Register No.: 85504-054)

_____

Date

_____    _____

Unit Manager / Chairperson                Case Manager

_____    _____

Date                                       Date